UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-60072-Dimitrouleas/Snow

CCS MUSIC GROUP, LLC,

Plaintiff,

v.

HBRAND INC. and DEREK JACKSON,

Defendants.

# DEFAULT JUDGMENT

THIS CAUSE is before the Court on Plaintiff CCS Music Group, LLC's Motion for Entry of Default Final Judgment as to Defendants Hbrand Inc. and Derek Jackson [DE 29], which the Court granted today by separate Order. Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate judgment.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 29] is hereby **GRANTED**;
2. Default Judgment is hereby entered in favor of the Plaintiff CCS MUSIC GROUP, LLC, and against Defendants HBRAND INC. and DEREK JACKSON;
3. The issue of the amount of damages is hereby **REFERRED** to United States Magistrate Judge Lurana S. Snow for an evidentiary hearing, if necessary, and appropriate disposition or report and recommendation.
4. The Clerk shall **ADMINISTRATIVELY CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 28th day of June, 2016.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:
Counsel of Record

Derek Jackson
1412 Broadway, Floor 22
New York, NY 10018-9241

Derek Jackson
37 Bethany Circle
Closter, NJ 07624-1665

Derek Jackson
417 N. 8th Street, Suite 503
Philadelphia, PA 19123-3920

HBrand Inc.
1412 Broadway, Floor 22
New York, NY 10018-9241

HBrand Inc.
37 Bethany Circle
Closter, NJ 07624-1665

HBrand Inc.
417 N. 8th Street, Suite 503
Philadelphia, PA 19123-3920